COSIMO DANIELE, Appellant, *v.* CITY OF MOUNT VERNON, Respondent.

(Argued May 6, 1930; decided June 3, 1930.)

*Jeremiah D. Toomey* for appellant.

*J. Henry Esser, Corporation Counsel* (*Arthur H. Ellis* of counsel), for respondent.

Judgment affirmed, with costs, on the ground that there is no evidence of defendant's negligence; no opinion.

Concur: CARDOZO, Ch. J., LEHMAN, KELLOGG and HUBBS, JJ. Dissenting: POUND, CRANE and O'BRIEN, JJ.